**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 97 MAL 2024

              Respondent     :

                           :   Petition for Allowance of Appeal
                           :   from the Order of the Superior Court

          v.                :

                           :

LUIS R. GILCES,            :

              Petitioner      :

**<u>ORDER</u>**

**PER CURIAM**

    **AND NOW**, this 23rd day of July, 2024, the Petition for Allowance of Appeal is **DENIED**.